■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL LYNCH, Appellant. [884 NYS2d 193]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Kohm, J.), imposed May 2, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Mastro, Dillon, Angiolillo and Belen, JJ., concur.